AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Board of Trustees of the Pipe Fitters Retirement Fund, Local 597, et al.

V.

High-Tech Mechanical, Inc., an Illinois Corporation; and Leonard Chaplinski Jr. an individual;

CASE NUMBER: 08 C 2283

ASSIGNED JUDGE: MANNING

DESIGNATED MAGISTRATE JUDGE: BROWN

TO: (Name and address of Defendant)

Leonard Chaplinski Jr.
296 South Kinzie Ave.
Bradley IL, 60915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle, Suite 1602
Chicago IL, 60622
312-372-8587

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

*[signature]*

(By) DEPUTY CLERK

April 24, 2008
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>HIGH-TECH MECHANICAL, INC. AND LEONARD CHAPLINSKI, JR.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 2283<br><br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & AMENDED COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On May 12, 2008, at 1:02 PM, I served the above described documents upon LEONARD CHAPLINSKI, JR as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **LEONARD CHAPLINSKI, JR.**.

Said service was effected at **296 S. KINZIE AVE, BRADLEY, IL 60915**.

DESCRIPTION: Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **5'10"**  Wgt: **200**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_[signature]_
Terrance Dubois, Lic #: 117-001126
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 14th day of May, 2008

_[signature]_
NOTARY PUBLIC

OFFICIAL SEAL
CHRISTOPHER D MCFRICAL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/18/09

CLIENT NAME:
**Johnson & Krol, LLC***
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
**38279**