IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 08 C 2283<br><br><br>JUDGE: MANNING |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | MAGISTRATE JUDGE: BROWN |
| HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Default Judgment against HIGH TECH MECHANICAL, INC., (hereinafter referred to as "HIGH-TECH"), and LEONARD CHAPLINSKI JR., (hereinafter referred to as "CHAPLINSKI") and in support of their Motion to state as follows:

1. On April 22, 2008, Plaintiffs filed their First Amended Complaint in the above-captioned matter via the electronic document filing system.

2. On May 6, 2008 copies of the Summons and Complaint were served upon Defendant

   HIGH-TECH via corporate service, by leaving a true and correct copy of the documents with Tom Blanchette, the Project Manager within the above named company. (Affidavit of Service is attached as Exhibit 1).

3. On May 12, 2008 a copy of the Summons and Complaint was served upon Defendant CHAPLINSKI via personal service, by leaving a true and correct copy of the documents with CHAPLINSKI. (Affidavit of Service is attached as Exhibit 2)

4. The Defendants did not file an Answer within 20 days of the date on which the Defendants were served with the Summons and Complaint. (Fed. R. Civ. P. 12(a)(3)).

5. This case involves unpaid contributions and wages deductions. (Plaintiffs' Complaint, ¶ 7).

6. The amount of contributions and wage deductions due and owing to the Plaintiffs is determined by the number of hours worked by covered employees, under the Collective Bargaining Agreement and Trust Agreements. (Plaintiffs' Complaint, ¶ 7).

7. Defendants HIGH-TECH and CHAPLINSKI currently owe the Plaintiffs delinquent contributions, union dues, liquidated damages and interest in the amount of $47,112.46 for the time period of March 1, 2007 through the present. (Affidavit of Greg Watson is attached as Exhibit 3).

8. In addition, Defendant HIGH-TECH has failed to submit 401(k) Contribution Reports for the months of February and March of 2008. (Exhibit 3)

9. Plaintiffs have employed the undersigned attorneys in an effort to collect the unpaid contributions, liquidated damages and interest due and owing to them. Defendants HIGH-TECH and CHAPLINSKI currently owe the Plaintiffs $6,054.95 in reasonable attorney fees pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29

U.S.C. §1132(g)(2)(D). (Affidavit of Attorney Fees is attached as Exhibit 4).

10. The Court may render a Default Judgment against a party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(a)(b)(2)).

11. Defendants HIGH-TECH and CHAPLINSKI have not filed a responsive pleading in this case or otherwise defended the suit.

12. Plaintiffs respectfully request this Honorable Court enter Default Judgment in favor of Plaintiffs and against Defendants HIGH-TECH and CHAPLINSKI for all unpaid contributions, liquidated damages, interest charges, and attorney's fees, and costs in the amount of $53,167.41 and further order the Defendant HIGH-TECH to submit 401(k) Contribution Reports for the months of February and March of 2008 within 10 days from the date of the Order.

13. A proposed Default Judgment Order is attached hereto as Exhibit 5.

WHEREFORE, Plaintiffs pray that this Honorable Court enter Default Judgment in favor of Plaintiffs and against Defendants HIGH-TECH and CHAPLINSKI in the amount of $53,167.41.

        Respectfully submitted,

        JOHNSON & KROL, LLC

By:   /s/ William P. Callinan - 6292500
      One of Plaintiffs' Attorneys

William P. Callinan
Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597; ET AL <br><br> PLAINTIFF(S) <br><br> vs. <br><br> HIGH-TECH MECHANICAL, INC. AND LEONARD CHAPLINSKI, JR. <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> 08 C 2283 <br><br><br> SERVICE DOCUMENTS: <br> SUMMONS & AMENDED COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 06, 2008**, at **10:54 AM**, I served the above described documents upon **HIGH-TECH MECHANICAL, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **TOM BLANCETTE / ADMINISTRATIVE ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **296 S. KINZIE AVE, BRADLEY, IL 60915**.

**DESCRIPTION:** Gender: **M**  Race: **WHITE**  Age: **57**  Hgt: **5'9"**  Wgt: **180**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

Terrance Dubois, Lic #: 117-001126
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 8th day of May, 2008

NOTARY PUBLIC

| CLIENT NAME: <br> **Johnson & Krol, LLC*** <br> FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING # <br> **38278** |
|---|---|---|

EXHIBIT
1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597; ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>HIGH-TECH MECHANICAL, INC. AND LEONARD CHAPLINSKI, JR.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 2283<br><br><br>SERVICE DOCUMENTS:<br>**SUMMONS & AMENDED COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 12, 2008**, at **1:02 PM**, I served the above described documents upon **LEONARD CHAPLINSKI, JR** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **LEONARD CHAPLINSKI, JR.**.

Said service was effected at **296 S. KINZIE AVE, BRADLEY, IL 60915**.

**DESCRIPTION:**  Gender: **M**  Race: **WHITE**  Age: **55**  Hgt: **5'10"**  Wgt: **200**  Hair: **BROWN**  Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Terrance Dubois, Lic #: 117-001126
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007


SUBSCRIBED AND SWORN to before me this 14th day of May, 2008

_____
NOTARY PUBLIC

| CLIENT NAME:<br>**Johnson & Krol, LLC***<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>**38279** |

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 08 C 2283 <br><br> JUDGE: MANNING <br><br> MAGISTRATE JUDGE: BROWN |

**AFFIDAVIT OF GREG WATSON**

I, Gregory J. Watson, hold the title of Field Representative and Collection Coordinator for the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; The PIPE FITTERS WELFARE FUND, LOCAL 597; The PIPE FITTERS' TRAINING FUND, LOCAL 597; The CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST ("TRUST FUNDS"); and The PIPE FITTERS ASSOCIATION, LOCAL 597 U.A. ("UNION"). Being first duly sworn, on oath state that to the best of my knowledge the following is an accurate statement as to the Defendant's delinquency and the costs that the TRUST FUNDS and UNION have incurred in the above-captioned matter:

1. Based on Reports submitted to the Fund Office by the Defendant, HIGH-TECH



EXHIBIT 3

MECHANICAL ("HIGH-TECH") currently owes the Trust Funds $47,112.46 in unpaid contributions, liquidated damages and interest for the time period of March 1, 2007 through the present.

2. In addition, Defendant HIGH-TECH has failed to submit 401(k) Contribution Reports for the months of February and March of 2008.

3. The Trust Funds have incurred reasonable attorney's fees and costs in the amount of $6,054.95 for the period of January 20, 2008 through the present.

4. The total principal balance due and owing to the Plaintiffs from Defendants HIGH-TECH and CHAPLINSKI is $53,167.41.

Subscribed and sworn before me this 10 day of June, 2008

_[signature]_
Notary Public

Further, the affiant saith not.

_[signature]_
Mr. Gregory J. Watson

OFFICIAL SEAL
JOSEPH J BARRETT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/10/09

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual. <br><br> Defendants. | CIVIL ACTION <br><br> NO. 08 C 2283 <br><br> JUDGE: MANNING <br><br> MAGISTRATE JUDGE: BROWN |

### AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, William P. Callinan, Attorney for the Plaintiffs, being duly sworn and upon oath state that to the best of my knowledge the following is an accurate statement as to the Plaintiffs' attorney's fees and costs in conjunction with the above captioned matter:

**Pipe Fitters' Local 597 Trust Funds – HIGH-TECH MECHANICAL, INC.,**

| Date/Description | Min/Hrs/Rate | Amount |
|---|---|---|
| (See attached billing summary for amounts already billed) | | |
| **Total (Actual)** | | **$5,684.95** |

**Anticipated Attorney's Fees**


EXHIBIT 4

| | | |
|---|---|---|
| Revisions to Motion For Default Judgment | 1.0 / $185.00 | $185.00 |
| Scan and E-file Motion | 1.0 / $185.00 | $185.00 |
| **Total Anticipated** | **2:00 / $185.00** | **$370.00** |
| **GRAND TOTAL** | | **$6,054.95** |

Further, the affiant saith not

*/s/ William P. Callinan*
William P. Callinan
One of Plaintiffs' Attorneys

Subscribed and sworn
before me this 10th day of
June, 2008

*/s/ Nancy Gonzalez*
Notary Public

OFFICIAL SEAL
NANCY GONZALEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

| 6/6/2008 | Johnson & Krol, LLC | | |
|---|---|---|---|
| 10:01 AM | Slip Listing | | Page   1 |

### Selection Criteria

| Refe.Selection | Include: High-Tech Mechanical |
|---|---|
| Slip.Classification | Open |
| Slip.Transaction Dat | 1/21/2008 - 6/6/2008 |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 26535<br>1/22/2008<br>Billed                 G:11587        2/20/2008<br>Draft complaint; Call to Tom at High-Tech re: delinquencies. | TIME<br>Draft<br>597 TF<br>High-Tech Mechanical | 0.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 153.55 |
| 26539<br>1/23/2008<br>Billed                 G:11587        2/20/2008<br>Complete drafting complaint; T/C with Tom at High-Tech Mechanical; Draft letter to Tom with amounts due; T/C with Laura/fund. | TIME<br>complete<br>597 TF<br>High-Tech Mechanical | 1.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 277.50 |
| 26545<br>1/24/2008<br>Billed                 G:11587        2/20/2008<br>Receipt/review letter with payment; Letter to fund ofc. forwarding payment. | TIME<br>payment<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 26950<br>2/1/2008<br>Billed                 G:11587        2/20/2008<br>Receipt of payment; Letter to fund ofc. forwarding payment. | TIME<br>payment<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 27248<br>2/15/2008<br>Billed                 G:11587        2/20/2008<br>Receipt of payment; Letter to fund ofc forwarding payment and contribution reports. | TIME<br>payment<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 27863<br>3/10/2008<br>Billed                 G:11618        3/17/2008<br>Telephone conf. w/High Tech re: March payment; Draft letter and forward by fax. | TIME<br>tc<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 28662<br>3/18/2008<br>Billed                 G:11653        4/16/2008<br>Letter to debtor re: payment. | TIME<br>letter<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |
| 28672<br>3/19/2008<br>Billed                 G:11653        4/16/2008<br>Tel. Conference with contractor - Tom; Note to file. | TIME<br>tc w/contrac<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |

6/6/2008                          Johnson & Krol, LLC
10:01 AM                        Slip Listing                        Page   2

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 28809     TIME<br>3/31/2008<br>Billed     G:11653     4/16/2008<br>Telephone conf. with company x 2; Conference with<br>Joe. | WPC<br>tc<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 28819     TIME<br>4/1/2008<br>Billed     G:11653     4/16/2008<br>Telephone conf. with Tom @ High Tech; Review<br>correspondence from company. | WPC<br>tc<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 28834     TIME<br>4/4/2008<br>Billed     G:11653     4/16/2008<br>Review correspondence from company; Draft letter to<br>Laura with reports. | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 28311     TIME     9:31 AM<br>4/8/2008<br>Billed     G:11653     4/16/2008<br>Tel. conf. with contractor<br>Draft letter to contractor regarding payments | WPC<br>tc w/contrac<br>597 TF<br>High-Tech Mechanical | 0.54<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 99.90 |
| 29038     TIME<br>4/16/2008<br>Billed     G:11684     5/19/2008<br>Draft letter to High Tech regarding delinquencies<br>Fax letter to company<br>Telephone call to company<br>Conference with. JEM | WPC<br>Draft<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |
| 29110     TIME<br>4/18/2008<br>Billed     G:11684     5/19/2008<br>Email Correspondence with Fund<br>Review delinquencies<br>Draft Complaint | WPC<br>Draft<br>597 TF<br>High-Tech Mechanical | 1.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 277.50 |
| 29115     TIME     9:20 AM<br>4/21/2008<br>Billed     G:11684     5/19/2008<br>Review and revise Complaint<br>Telephone call to client concerning delinquencies<br>Gather exhibits; email Fund Office | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 1.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 246.05 |
| 29131     TIME<br>4/21/2008<br>Billed     G:11684     5/19/2008<br>Review and edit Complaint for WPC; conference with<br>WPC; telephone call to Fund Office | JEM<br>Review<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |
| 29187     TIME     11:19 AM<br>4/22/2008<br>Billed     G:11684     5/19/2008<br>Revisions to document<br>Scan exhibits<br>E-file complaint | WPC<br>Revise<br>597 TF<br>High-Tech Mechanical | 1.26<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 233.10 |

| | | | | | |
|---|---|---|---|---|---|
| 6/6/2008 | | Johnson & Krol, LLC | | | |
| 10:01 AM | | Slip Listing | | | Page  3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 29198                    EXP<br>4/22/2008<br>Billed           G:11684        5/19/2008<br>Complaint Filing Fee filed on 4/22/08. | J&K<br>Complaint<br>597 TF<br>High-Tech Mechanical | 1 | 350.00 | 350.00 |
| 29266                    TIME<br>4/24/2008<br>Billed           G:11684        5/19/2008<br>Revisions to document<br>File Amended Complaint | WPC<br>Revise<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |
| 29272                    TIME<br>4/24/2008<br>Billed           G:11684        5/19/2008<br>Conference with WPC and JAK Re: Amended<br>Complaint | JEM<br>Conference<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29363                    TIME<br>4/25/2008<br>Billed           G:11684        5/19/2008<br>Begin drafting letter to surety with bond claim | JEM<br>letter<br>597 TF<br>High-Tech Mechanical | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |
| 29362                    TIME<br>4/25/2008<br>Billed           G:11684        5/19/2008<br>Tel. conf. with fund office Re: bond claim; review<br>correspondence from fund office; review delinquency | JEM<br>tc client<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 105.00 |
| 29301                    TIME<br>4/25/2008        8:54 AM<br>Billed           G:11684        5/19/2008<br>Prepare: materials for service, letter to process server | Clerk - JAK<br>Prepare<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 26.40 |
| 29381                    TIME<br>4/28/2008<br>Billed           G:11684        5/19/2008<br>Continue to draft letter to surety for bond claim;<br>prepare exhibits in support of bond claim | JEM<br>Continue<br>597 TF<br>High-Tech Mechanical | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |
| 29713                    TIME<br>5/8/2008<br>Billed           G:11684        5/19/2008<br>Telephone conference with surety Re: claim | JEM<br>tc<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 29714                    TIME<br>5/8/2008<br>Billed           G:11684        5/19/2008<br>Correspondence with Fund Office via email | JEM<br>Correspondence<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 29715                    TIME<br>5/8/2008<br>Billed           G:11684        5/19/2008<br>Letter to Surety Re: bond claim; fax to surety | JEM<br>letter<br>597 TF<br>High-Tech Mechanical | 1.50<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 315.00 |
| 29722                    TIME<br>5/8/2008<br>Billed           G:11684        5/19/2008<br>Review correspondence from surety; review<br>correspondence from Fund Office; review Contribution | JEM<br>Review<br>597 TF<br>High-Tech Mechanical | 1.00<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 210.00 |

| 6/6/2008 | | Johnson & Krol, LLC | | | |
| 10:01 AM | | Slip Listing | | | Page 4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| | Reports to support bond claim; review provisions of bond agreement | | | | |
| 29975<br>5/15/2008<br>Billed    G:11684    5/19/2008<br>Review Correspondence from Surety | TIME | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 29976<br>5/15/2008<br>Billed    G:11684    5/19/2008<br>Review correspondence from surety | TIME | JEM<br>Review<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 30003<br>5/15/2008<br>Billed    G:11684    5/19/2008<br>Letter to Surety Re: bond claim | TIME | JEM<br>letter<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 140.70 |
| 30028<br>5/15/2008<br>Billed    G:11684    5/19/2008<br>Correspondence with surety via facsimile | TIME | JEM<br>Correspondence<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 35.70 |
| 30071<br>5/16/2008<br>WIP<br>Telephone conference with contractor regarding delinquencies<br>Conference with JEK regarding service of process | TIME | WPC<br>tc<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 30069<br>5/16/2008    2:14 PM<br>WIP<br>Court Filing: summons returned executed. | TIME | Clerk - JAK<br>Court file<br>597 TF<br>High-Tech Mechanical | 0.25<br>0.00<br>0.00<br>0.00 | 80.00<br>T@1 | 20.00 |
| 30233<br>5/21/2008<br>WIP<br>Draft Motion for Default Judgment; Affidavit of Greg Watson; Affidavit of Attorney Fees; Notice of Motion<br>Telephone conference with Fund Office | TIME | WPC<br>Draft<br>597 TF<br>High-Tech Mechanical | 1.83<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 338.55 |
| 30241<br>5/21/2008<br>WIP<br>Process Service Fee to High-Tech and L. Chaplinski, Jr. on 5/12/08 | EXP | J&K<br>Process Service<br>597 TF<br>High-Tech Mechanical | 1 | 170.00 | 170.00 |
| 30344<br>5/23/2008<br>WIP<br>Review correspondence from Contractor<br>Telephone conference with Contractor<br>Cont. Motion for Default Judgment | TIME | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 0.50<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 92.50 |
| 30419<br>5/28/2008<br>WIP<br>Review correspondence from Surety | TIME | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 0.67<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 123.95 |

| 6/6/2008 | Johnson & Krol, LLC | | | |
| 10:01 AM | Slip Listing | | | Page    5 |

| Slip ID<br>　Dates and Time<br>　Posting Status<br>　Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Telephone conference with Surety<br>Telephone conference with Union | | | | |
| 30541              TIME<br>　6/2/2008<br>　WIP<br>　Telephone conference with contractor (x2) | WPC<br>tc<br>597 TF<br>High-Tech Mechanical | 0.17<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 31.45 |
| 30565              TIME<br>　6/3/2008<br>　WIP<br>　Court Appearance | WPC<br>Court<br>597 TF<br>High-Tech Mechanical | 1.00<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 185.00 |
| 30644              TIME<br>　6/4/2008<br>　WIP<br>　Review correspondence from Surety<br>　telephone conference with Surety | WPC<br>Review<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |
| 30653              TIME<br>　6/4/2008<br>　WIP<br>　Draft Proposed Judgment Order<br>　Telephone conference with Fund office<br>　Revisions to Motion for Default Judgment | WPC<br>Draft<br>597 TF<br>High-Tech Mechanical | 1.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 246.05 |
| 30669              TIME<br>　6/5/2008<br>　WIP<br>　Review correspondence and accompanying affidavit<br>　from surety | JEM<br>Review<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 210.00<br>T@1 | 69.30 |
| 30685              TIME<br>　6/5/2008<br>　WIP<br>　Conference with JEM regarding claim on surety bond | WPC<br>Conference<br>597 TF<br>High-Tech Mechanical | 0.33<br>0.00<br>0.00<br>0.00 | 185.00<br>T@1 | 61.05 |

| Grand Total | | | | |
| | Billable<br>Unbillable<br>Total | 27.21<br>0.00<br>27.21 | | 5684.95<br>0.00<br>5684.95 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br>    Plaintiffs, <br><br>  vs. <br><br>HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual. <br><br>    Defendants. | CIVIL ACTION <br><br> NO. 08 C 2283 <br><br> JUDGE: MANNING <br><br> MAGISTRATE JUDGE: BROWN |

## DEFAULT JUDGMENT ORDER

Default Judgment is hereby entered in favor of Plaintiffs and against Defendants HIGH-TECH MECHANICAL, INC ("HIGH-TECH") and LEONARD CHAPLINSKI JR. ("CHAPLINSKI") as follows:

1. Default Judgment is entered in favor of Plaintiffs and against Defendants HIGH-TECH and CHAPLINSKI jointly and severally.

2. Defendants HIGH-TECH and CHAPLINSKI are jointly and severally ordered to pay to Plaintiffs all known unpaid contributions, liquidated damages and interest that accrued during the period of March 1, 2007 through the present, totaling $47,112.46

3. Defendants HIGH-TECH and CHAPLINSKI are jointly and severally ordered to pay to


EXHIBIT 5

       Plaintiffs reasonable attorney's fess and costs incurred by the Plaintiffs in the amount of $6,054.95 pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132 (g)(2)(D).

4.    Defendant CHAPLINSKI is Ordered to submit 401(k) Contribution Reports for the months of February and March of 2008 to Plaintiffs' attorney within 10 days from the date of this Order.

5.    The total principal balance due and owing to the Plaintiffs from Defendants HIGH-TECH and CHAPLINSKI is $53,167.41.

6.    That the Plaintiffs have such other relief as the Court may deem just and equitable all at Defendant's cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

 

ORDERED BY:

_____
HONORABLE JUDGE MANNING

Dated: _____