**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | |
| RETIREMENT FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | CIVIL ACTION |
| WELFARE FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | |
| TRAINING FUND, LOCAL 597; the | ) | NO.  08 C 2283 |
| BOARD OF TRUSTEES of the CHICAGO AREA | ) | |
| MECHANICAL CONTRACTING INDUSTRY | ) | |
| IMPROVEMENT TRUST; and | ) | |
| THE PIPE FITTERS ASSOCIATION, | ) | JUDGE:  MANNING |
| LOCAL 597 U.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MAGISTRATE JUDGE: |
| vs. | ) | BROWN |
| | ) | |
| HIGH-TECH MECHANICAL, INC., | ) | |
| an Illinois Corporation; and | ) | |
| LEONARD CHAPLINSKI JR. | ) | |
| an individual. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

TO:  High-Tech Mechanical, Inc.          Leonard Chaplinski Jr.
       c/o Leonard Chaplinski Jr.           296 South Kinzie Ave.
       296 South Kinzie Ave.                 Bradley, IL 60915
       Bradley, IL 60915

PLEASE TAKE NOTICE that on **Tuesday, June 17, 2008,** I shall appear before the Honorable Judge Manning at approximately **11:00 a.m. in Courtroom 2125**, or any Judge in her stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiff's Motion for Default Judgment.**

Respectfully submitted,

BY:   _/s/ William P. Callinan - 6292500_
       One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
(312) 372-8587

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that he served a copy of the above Notice of Motion via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

BY:   /s/ William P. Callinan - 6292500
One of Plaintiffs' Attorneys