(Revised 02/01/01)

## United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597, et al. | Plaintiff(s) |
|---|---|---|
| | VS. | |
| | HIGH-TECH MECHANICAL, INC. an Illinois corporation and LEONARD CHAPLINSKI, JR., individual, | Defendant(s) |
| Case Number: | 08 C 2283   Judge: Manning | |

RECEIVED JUN - 6 2008  6-6-2008  MICHAEL W. DOBBINS  CLERK, U.S. DISTRICT COURT

I, __L. Patrick Power, Attorney at Law__ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

__High Tech Mechanical, Inc. and Leonard Chaplinski, Jr.__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Any Circuit Court in the State of Illinois | 1970 |
| U.S. Central District Bankruptcy Court | 1970 |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:   N/A

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ☐   No ☒

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

6-3-2008
Date

*/s/ signature*
Signature of Applicant

| Applicant's Name | Last Name POWER | First Name Lawrence | Middle Name/Initial Patrick |
|---|---|---|---|
| Applicant's Law Firm | L. Patrick Power, Attorney at Law | | |
| Applicant's Address | Street Address (include suite or room number) 956 N. Fifth Ave., | | State Bar Number 2244357 |
| | City Kankakee | State IL | ZIP Code 60901 | Work Phone Number 815-937-6937 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

PAID
RECEIPT #46240393
JUN - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 6/12/2008

*/s/ Blanche M. Manning*
United States District Judge