IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PIPE FITTERS' RETIREMENT FUND, LOCAL 597, et al., | ) ) | |
| Plaintiffs | ) ) | |
| vs | ) ) | Case No.   08 C 2283 |
| HIGH-TECH MECHANICAL, INC., An Illinois corporation; and LEONARD CHAPLINSKI, JR., an individual, | ) ) ) ) ) | Judge Manning<br><br>Mag. Judge Brown |
| Defendants | ) | |

## RESPONSE TO FIRST AMENDED COMPLAINT

NOW COMES, for Defendant, HIGH-TECH MECHANICAL, INC., an Illinois corporation, and LEONARD CHAPLINSKI, JR., an individual, by their attorney, L. Patrick Power, and in response to the First Amended Complaint filed herein states as follows:

1. That Defendants admit the allegations contained in paragraph one of said complaint.

2. That Defendants admit the allegations contained in paragraph two of said complaint.

3. That Defendants admit the allegations contained in paragraph three of said complaint.

4. That Defendants admit the allegations contained in paragraph four of said complaint.

5. That Defendants admit the allegations contained in paragraph five of said complaint.

6. That Defendants admit the allegations contained in paragraph six of said complaint.

7. That Defendants admit the allegations contained in paragraph seven of said complaint.

8. That Defendants admit the allegations contained in paragraph eight of said complaint.

9. That Defendants admit the allegations contained in paragraph nine of said complaint.

10. That Defendants admit the allegations contained in paragraph ten of said complaint.

11. That Defendants admit the allegations contained in paragraph 11 of said complaint.

12. That Defendants admit the allegations contained in paragraph 12 of said complaint.

13. That Defendants admit the allegations contained in paragraph 13 of said complaint.

14. That Defendants admit the allegations contained in paragraph 14 of said complaint.

15. That Defendants admit the allegations contained in paragraph 15 of said complaint.

16. That Defendants admit the allegations contained in paragraph 16 of said complaint.

17. That Defendants admit the allegations contained in paragraph 17 of said complaint.

18. That Defendants admit the allegations contained in paragraph 18 of said complaint.

19. That Defendants admit the allegations contained in paragraph 19 of said complaint.

20. That Defendants admit the allegations contained in paragraph 20 of said complaint.

21. That Defendants denies the allegations contained in paragraph 21of said complaint.

22. That Defendants denies the allegations contained in paragraph 22of said complaint.

23. That Defendants denies the allegations contained in paragraph 23 of said complaint.

24. That Defendants denies the allegations contained in paragraph 24 of said complaint.

25. That Defendants denies the allegations contained in paragraph 25 of said complaint.

26. That Defendants denies the allegations contained in paragraph 26 of said complaint.

27. That Defendants denies the allegations contained in paragraph 27 of said complaint.

28.     That Defendants denies the allegations contained in paragraph 28 of said complaint.

29.     That Defendants denies the allegations contained in paragraph 29 of said complaint.

WHEREFORE, the Defendants pray that the First Amended Complaint filed herein be dismissed.

                                        Respectfully submitted,
                                        High Tech Mechanical, Inc. an Illinois corporation and Leonard Chaplinski, Jr., Defendants

By: _____
      Its Attorney

Prepared by:
L. Patrick Power, #2244357
Attorney at Law
956 N. Fifth Ave.
Kankakee, IL  60901
(815) 937-6937