**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **BOARD OF TRUSTEES OF THE PIPE FITTERS'** | ) | |
| **RETIREMENT FUND, LOCAL 597, et al.,** | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs | ) | Case No.   08 C 2283 |
| | ) | |
| **HIGH-TECH MECHANICAL, INC.,** | ) | |
| An Illinois corporation; and | ) | Judge Manning |
| **LEONARD CHAPLINSKI, JR.,** | ) | |
| an individual, | ) | Mag. Judge Brown |
| Defendants | ) | |

## NOTICE OF FILING

To:    William P. Callinan
       Johnson & Krol, LLC
       208 south LaSalle, Suite 1602
       Chicago, IL  60604

You are hereby notified that on or about the **29th day of May 2008** the attached, **via U.S.Mail,** I shall file with, with the Clerk of the U.S. Court, Northern District of Illinois, Eastern Division, **Response to First Amended Complaint,** attached hereto.

                                            By:   L. Patrick Power
                                                  Attorney

----

STATE OF ILLINOIS    )
                     )ss           Proof of Service
COUNTY OF KANAKKEE  )

The undersigned, being first duly sworn, state that I served a true and correct copy of the aforegoing Notice, together with a copy of each document referred to therein, upon the person(s) indicated at their address(es) indicated by mailing in Kankakee, Illinois on the 28th day of   May 2008.

                                            Kristine A. Schmitz

SUBSCRIBED AND SWORN TO before me this  28th day of    May 2008.

                                            L. Patrick Power
                                                  Notary Public

Prepared by:
L. PATRICK POWER #2244357
ATTORNEY AT LAW
956 NORTH FIFTH AVENUE
KANKAKEE, ILLINOIS  60901
(815) 937-6937