# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597, et al.

                Plaintiff,

v.                                              Case No.: 1:08−cv−02283

                                                      Honorable Blanche M. Manning

High−Tech Mechanical, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Motion hearing held on 7/8/2008. Plaintiffs' motion for default judgment [14] is withdrawn without prejudice. Parties shall submit a proposed discovery scheduling plan no later than 7/21/2008. Status hearing set for 8/14/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.