**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br>        Plaintiffs, <br><br>vs. <br><br>HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual. <br><br>        Defendants. | CIVIL ACTION <br><br> NO. 08 C 2283 <br><br><br> JUDGE: MANNING <br><br><br><br> MAGISTRATE JUDGE: BROWN |

## PARTIES' RULE 26(f) REPORT

**A.   NATURE OF THE CASE**

**1.   Bases for Jurisdiction; Nature of Claims; Counterclaims:** This is an action to collect unpaid fringe benefit contributions pursuant to the Collective Bargaining Agreement and Trust Agreements to which the Defendant company is signatory. This action therefore arises under Section 502 of the Employee Retirement Income Security Act (hereinafter referred to as "ERISA") and Section 301 of the Labor-Management Relations Act. (29 U.S.C. § 1132 and 185). Jurisdiction is founded on the existence of federal questions arising thereunder. There are no counterclaims in this action.

**2.** **Relief Sought by Plaintiffs; Computation of Damages:** Plaintiffs seek payment of all delinquent fringe benefit contributions, union dues, 401(k) contributions, liquidated damages, interest and attorney fees. The principal amount due and owing to the Plaintiffs from Defendants is $53,167.41.

**3.** **Service to the Parties:** All parties have been served in this matter.

**4.** **Major Issues:** Defendant High-Tech admitted in Defendants' Answer that it was bound by the Collective Bargaining Agreement and Trust Agreement, and as such, is liable for the unpaid contributions, liquidated damages, interest, and attorney fees. Additionally, Defendant Chaplinski admitted in Defendants' Answer to signing an Agreement to be personally liable for the delinquencies of Defendant High-Tech. Therefore, liability is uncontested. The only major issue will be determining the amount of total damages.

**B.** **PREPARATION OF DRAFT SCHEDULING ORDER:**

**1.** A Draft Scheduling Order is attached to this Report.

**C.** **TRIAL STATUS**

**1.** **Jury Trial:** A jury trial has not been requested.

**2.** **Length of Trial:** A trial in this matter would likely last 1-2 days.

**D.** **MAGISTRATE CONSENT:**

**1** The parties have not consented to proceed before the Magistrate Judge.

**E.** **SETTLEMENT STATUS:**

**1.** The parties have discussed settlement and believe that there is a good possibility for settlement in this matter.

At this time, the parties believe that a settlement conference with Judge Manning or

Magistrate Judge Brown is not necessary.

Respectfully submitted,

| | |
|---|---|
| /s/ William P. Callinan - 6292500 | /s/L. Patrick Power |
| One of Plaintiffs' Attorneys | Attorney for Defendants |
| JOHNSON & KROL, LLC | |
| 208 S. LaSalle St., Suite 1602 | |
| Chicago, IL 60604 | |
| 312.372.8587 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., ) ) ) ) ) ) ) ) ) ) ) ) ) Plaintiffs, ) ) vs. ) ) HIGH-TECH MECHANICAL, INC., ) an Illinois Corporation; and ) LEONARD CHAPLINSKI JR. ) an individual. ) ) Defendants. ) | CIVIL ACTION<br><br>NO. 08 C 2283<br><br>JUDGE: MANNING<br><br>MAGISTRATE JUDGE: BROWN |

**STIPULATED PROPOSED DISCOVERY SCHEDULE**

Now come all parties to this proceeding, by and through their respective attorneys, and hereby submit to the Court this Proposed Discovery Order and state as follows:

1. Pursuant to Fed. R. Civ. P. 26(f), a telephonic meeting was held in Case No. 08-C-2283 on Monday July 21, 2008, and was attended by attorney William P. Callinan on behalf of the Plaintiffs and attorney L. Patrick Power on behalf of the Defendants.

2. **Rule 26(a)(1) Disclosures:** The Fed. R. Civ. P. 26(a)(1) material will be exchanged by August 4, 2008.

3. **Discovery Plan**: The parties jointly propose to the Court the following discovery

plan:

    a. **Interrogatories:** A maximum of 20 interrogatories by each party to any other party.

    b. **Requests for Admission:** A maximum of 10 requests for admission by each party to any other party.

    c. **Depositions:** A maximum of 3 depositions by Plaintiffs and 3 by Defendants.

        i. Each deposition shall be limited to a maximum of 3 hours unless extended by agreement of the parties.

    d. **Fact Discovery Cut-off:** Fact discovery cut-off is set for September 30, 2008.

    e. **Expert Witness Reports:** It is not anticipated that the parties will need expert witnesses in this case. In the event that expert witnesses are retained, his/her report for the Plaintiffs under Rule 26(a)(2) will be due on September 15, 2008. The report from retained expert for Defendant under Rule 26(a)(2) will be due on September 30, 2008. Supplementations under Rule 26(e) will be scheduled by the Court at the request of the parties

    f. **Discovery Cut-off:** All discovery shall be cut-off by October 15, 2008.

    g. **Amendment to Pleadings:** Time for the parties to amend pleadings and add counts or parties is hereby established as October 30, 2008.

    h. **Next Discovery Conference:** The parties suggest the next discovery conference with the Court be held on or about August 15, 2008.

    i. **Dispositive Motion:** All dispositive motions will be due 30 days after the fact discovery cut-off date unless otherwise ordered by the Court and the parties agree pleadings, motions and briefs may be exchanged by e-mail, fax, or other

    electronic means.


Respectfully submitted,


/s/ William P. Callinan - 6292500          /s/ L. Patrick Power
One of Plaintiffs' Attorneys          Attorney for Defendants
JOHNSON & KROL, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
312.372.8587