**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | |
| RETIREMENT FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | CIVIL ACTION |
| WELFARE FUND, LOCAL 597; | ) | |
| BOARD OF TRUSTEES of the PIPE FITTERS' | ) | |
| TRAINING FUND, LOCAL 597; the | ) | NO.  08 C 2283 |
| BOARD OF TRUSTEES of the CHICAGO AREA | ) | |
| MECHANICAL CONTRACTING INDUSTRY | ) | |
| IMPROVEMENT TRUST; and | ) | |
| THE PIPE FITTERS ASSOCIATION, | ) | JUDGE:  MANNING |
| LOCAL 597 U.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MAGISTRATE JUDGE: |
| vs. | ) | BROWN |
| | ) | |
| HIGH-TECH MECHANICAL, INC., | ) | |
| an Illinois Corporation; and | ) | |
| LEONARD CHAPLINSKI JR. | ) | |
| an individual. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:     Attorneys of Record

PLEASE TAKE NOTICE that on **Monday July 21, 2008,** I caused to be filed the attached **Stipulated Rule 26(f) Report and Proposed Discovery Schedule** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, copies of which are hereby served upon you.

Respectfully Submitted,

By:  /s/ William P. Callinan – 6292500
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

/s/ William P. Callinan - 6292500
One of Plaintiffs' Attorneys