IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; <br> BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; <br> BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the <br> BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and <br> THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br> HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and <br> LEONARD CHAPLINSKI JR. an individual. <br><br>　　　　　Defendants. | CIVIL ACTION <br><br> NO.  08 C 2283 <br><br><br> JUDGE:  MANNING <br><br><br> MAGISTRATE JUDGE: BROWN |

## NOTICE OF FILING

TO:    Attorneys of Record

PLEASE TAKE NOTICE that on **Tuesday, August 12, 2008,** I caused to be filed the attached **Stipulated Judgment Order** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, copies of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　By:  /s/ William P. Callinan – 6292500
　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587

## CERTIFICATE OF SERVICE

      The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's electronic CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

                                                  /s/ William P. Callinan - 6292500
                                                  One of Plaintiffs' Attorneys