Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2283 | DATE | 8/13/2008 |
| CASE TITLE | Board of Trustees of the Pipe Fiters RetireFD, et al vs. High-Tech Mechanical, Inc. et al | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties Stipulated Judgment Order, filed on 8/12/2008, Judgment is hereby entered in favor of the plaintiffs and against defendants, High-Tech Mechanical, Inc. and Leonard Chaplinkski, Jr. jointly and severally in the total principal balance of $20,596.65. Enter Stipulated Judgment Order. Status hearing set for 8/14/2008 is stricken. Terminating case.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | SB |
|---|---|---|