

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> HIGH-TECH MECHANICAL, INC., an Illinois Corporation; and LEONARD CHAPLINSKI JR. an individual. <br><br> Defendants. | CIVIL ACTION <br><br> NO. 08 C 2283 <br><br> JUDGE: MANNING <br><br> MAGISTRATE JUDGE: BROWN |

## STIPULATED JUDGMENT ORDER

Judgment is hereby entered in favor of the Plaintiffs and against Defendants HIGH-TECH MECHANICAL, INC., ("HIGH-TECH") and LEONARD CHAPLINSKI JR. ("CHAPLINSKI") jointly and severally, as follows:

1. Judgment is hereby granted against Defendants HIGH-TECH and CHAPLINSKI jointly and severally in the amount of $20,596.65.

2. Defendants HIGH-TECH and CHAPLINSKI, jointly and severally are ordered to pay to Plaintiffs all outstanding Contributions, liquidated damages and interest for the time period of March 2007 through the present, in the amount of $10,987.55;

3. Defendants HIGH-TECH and CHAPLINSKI, jointly and severally are ordered to pay to Plaintiffs outstanding 401(k) Contributions for the months of February and March of 2008 in

the amount of $442.40;

4. Defendants HIGH-TECH and CHAPLINSKI, jointly and severally are ordered to pay to Plaintiffs outstanding 401(k) liquidated damages and interest for the time period of February through the present in the amount of $63.55;

5. Defendants HIGH-TECH and CHAPLINSKI, jointly and severally, are ordered to pay to Plaintiffs the reasonable attorney's fees and costs incurred by the Plaintiffs in the amount of $9,103.15 for the time period of January, 2008 through the present, pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(D).

6. Defendants HIGH-TECH and CHAPLINSKI, jointly and severally are ordered to pay the Plaintiffs the total principal balance of $20,596.65.

7. The Defendants HIGH-TECH and CHAPLINSKI, jointly and severally, are ordered to pay all delinquent contributions, deficiencies, wage deduction payments, liquidated damages and interest charges that may be revealed by a Trust Funds audit, in the event that an audit is conducted.

/s/ William P. Callinan
William P. Callinan – 6292500
One of Plaintiffs' Attorneys

L. Patrick Power
Attorney for the Defendants

ORDERED BY:
HONORABLE JUDGE MANNING

Dated: 8/13/08