# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Board of Trustees Pipe Fiters RetirFd, et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2283 |
| High-Tech Mechanical, Inc., et al | Judge Manning |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. .

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is hereby entered in favor of the plaintiffs and against defendants, High-Tech Mechanical, Inc. and Leonard Chaplinkski, Jr. jointly and severally in the total principal balance of $20,596.65.

Michael W. Dobbins, Clerk of Court

Date: 8/13/2008

/s/ Sonya Banks, Deputy Clerk